Patrick M. WHITE, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

Patrick M. White, Petitioner,

v.

Department of Justice, Respondent.

No. 2007–3007.

United States Court of Appeals,
Federal Circuit.

Nov. 30, 2006.

Patrick M. White, pro se.

*ORDER*

The court has received and filed the requisite filing fee and the Petitioner's Fed. Cir. R. 15(c) Statement Concerning Discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued November 15, 2006 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due within 21 days from the date of filing of this order.

Anita M. WIRZBERGER, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2006–3273.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2006.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.